IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**IN THE MATTER OF THE SEARCH OF**          CASE NO.   3:17 MJ 352

**FACEBOOK ACCOUNT**
**http://www.facebook.com/jamie.williams.56829**

---

### ORDER SEALING APPLICATIONS, SEARCH WARRANTS, SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and

Returns for captioned case be sealed and kept from public inspection.


DATE

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE